IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
BRYAN WILLIAM MCALPINE )
JESSICA MARIE MCALPINE ) CASE NO. 08-11644-13
_____ )

## AMENDED CHAPTER 13 PLAN

Debtors (hereafter Debtor) proposes:

1. **PLAN PAYMENT**: $550 each month by:

    X Employer pay order directed to    Precision Metalcraft
                          Address:   2853 S. Hillside
                                     Wichita, KS 67216

2. **GENERAL PROVISIONS**: Payments shall be $550 for 48 months. In any event, Debtor reserves the right to extend the plan payments to 60 months. The amount proposed to be paid for unsecured debt is at least the amount required to be paid for the Applicable Commitment Period. **IT IS ANTICIPATED THAT THERE WILL BE FUNDS PAID TO GENERAL UNSECURED CREDITORS.**

3. The Chapter 13 Trustee shall be paid up to 10% on all funds disbursed by her. Proposed attorney fees are approximately $2500. The Debtor has paid $226 to the attorney in addition to the filing fee. $2274 will be paid to the attorney over approximately 12 months to the extent possible. Counsel for Debtor reserves the right to submit additional fee applications either on a time and charges basis or for specific tasks. The Debtor consents to such increases in plan payments as may be necessary to pay such additional fees.

4. **FILING FEE**: The filing fee of $274.00 has been paid.

5. **TAX RETURNS**: Federal and state tax returns for the preceding four years have been filed. Debtor will timely file all tax returns during the pendency of this case.

6. **DOMESTIC SUPPORT OBLIGATIONS**: There are no domestic support obligations.

7. **PRIORITY TAX CLAIMS**: There are no priority tax claims.

8. **PROPERTY TO BE SURRENDERED**: The following property will be surrendered as indicated:

| PROPERTY TO BE SURRENDERED | CREDITOR WITH SECURED CLAIM IN COLLATERAL |
|---|---|
| 2003 Dodge Ram | Citi Auto |

Any repossession/foreclosure prior to confirmation of this plan must be obtained by filing a motion and obtaining an order from the Court, unless the automatic stay no longer applies under 11 USC 362(c). Upon plan confirmation, the automatic stay will be deemed lifted for the collateral identified above for surrender and the creditor need not file a Motion to Lift Stay in order to repossess, foreclose upon or sell the collateral. This provision is not intended to lift any applicable co-Debtor stay, or to abrogate Debtor's state law contract rights.

9. **REAL ESTATE MORGAGES:** Debtor will pay all post-petition mortgage payments directly to mortgage creditors. Arrearages will be paid pro rata with other creditors over the life of the plan.

| REAL ESTATE CREDITOR | AMOUNT OWED | ESTIMATED ARREARAGE AMOUNT |
|---|---|---|
| Universal Mortgage Corporation | $125,603.00 | $3700.00 |

The amount of the arrearage as specified in the creditor's proof of claim shall govern unless an objection to the claim is filed. Interest will not be paid on the arrearage, unless ordered otherwise by the Court.

If the Debtor pays the arrearage amount specified in this section, while timely making all required postpetition payments, the mortgage will be reinstated according to its original terms, extinguishing any right of the mortgagee to recover any amount alleged to have arisen prior to the filing of the petition.

10. **SECURED CREDITORS, "910 CAR LOAN" CREDITORS AND "ONE YEAR LOAN" CREDITORS, OTHER THAN DEBTS SECURED BY REAL ESTATE.** All secured creditors, 910 car loan {as defined by 11 USC 1325(a)(9)} and "One year loan" {as defined by 11 USC 1325(a)(9)} creditors shall retain their liens pursuant to 11 USC 1325(a)(5). Secured creditors listed below shall be paid the value of their collateral or the amount of the claim, whichever is less, unless otherwise specified, plus the current discount rate. Creditors with 910 car loans will be paid the amount of their claim plus the current discount rate. Secured creditors, 910 car loan creditors and One Year Loan creditors will be required to release their liens on the collateral at discharge or when the claim plus interest is paid in full, whichever comes first. In the event pre-confirmation adequate protection is paid, any adequate protection paid pre-confirmation will be credited against the allowed secured claim as if the plan were confirmed. **A CREDITOR MUST FILE A CLAIM TO OBTAIN ADEQUATE PROTECTION AND TO RECEIVE PAYMENTS UNDER THE PLAN. THE PLAN, HOWEVER, WILL DETERMINE THE VALUE OF THE COLLATERAL UNLESS THE OBLIGATION IS A 910 CAR LOAN OR A ONE YEAR LOAN CLAIM.** All adequate protection payments will be made through the Chapter 13 Trustee pursuant to D. Kan. LBR 3015(b).1(g). Secured creditors will be paid equal monthly payments from the funds available to pay those claims after the deduction of Trustee fees. If the equal monthly payment to a secured creditor is not feasible by $25.00 or less, the Trustee is authorized to adjust the payment up or down to make the payment feasible, as long as there are sufficient funds available from the plan payments to adjust the specific monthly payment(s) as necessary.

2

11. SECURED CLAIMS:

| CREDITOR | COLLATERAL | DEBT | VALUE | ADEQUATE PROTECTION/EQUAL MONTHLY PAYMENT (amount of the plan payment if the plan were confirmed) |
|---|---|---|---|---|
| Wells Fargo | 2004 Mazda | $16001 | $9180 | |

**For vehicles, please specify the make, model, year, mileage and condition and the method used for determining value.**

11(a). 910 Car Loan Creditors  The following creditors are "910" creditors, as defined in 11 USC 1325(a)(9) who claim a purchase money security interest in a motor vehicle. The Debtor may not cram down the value without the creditor's agreement if the collateral is a motor vehicle acquired for the personal use of the Debtor. The monthly payment specified is an estimate. The actual amount may vary, depending upon the allowed claim.

| CREDITOR | COLLATERAL | DEBT | VALUE | ADEQUATE PROTECTION/EQUAL MONTHLY PAYMENT (amount of the plan payment if the plan were confirmed) |
|---|---|---|---|---|
| | | | | |

11(b). **One Year Loan Creditors**  The following creditors are One Year Loan creditors, as defined in 11 USC 1325(a)(9). Debtor proposes to pay these creditors the balance of the debt as indicated below. The following creditors have a purchase money security interest in personal property other than a motor vehicle acquired for the personal use of the Debtor. These claims are for debts incurred within the one-year preceding the filing of the bankruptcy petition. The monthly payment specified is an estimate. The actual amount may vary, depending upon the allowed claim.

| CREDITOR | COLLATERAL | DEBT | VALUE | ADEQUATE PROTECTION/EQUAL MONTHLY PAYMENT (amount of the plan payment if the plan were confirmed) |
|---|---|---|---|---|
| | | | | |

15. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Debtors assume the executory contract with Aaron's and payments will be made directly to Aaron's.

16. **PLAN AMENDMENTS:**  Debtor hereby reserves the right to modify this plan pursuant to 11 USC 1329 and to include post-petition debt pursuant to 11 USC 1322(b)(6).

17. **GENERAL UNSECURED CREDITORS:** General unsecured claims will be paid after all other unsecured claims, including administrative and priority, from the funds to be paid to unsecured creditors either as determined by Official Bankruptcy Form B22C or through satisfaction of the "best interests of creditors test" pursuant to 11 USC 1325(a)(4), or both, if applicable.

3

Case 08-11644    Doc# 18    Filed 08/23/08    Page 3 of 4

19. **PROPERTY OF THE ESTATE**: In addition to the property specified in 11 USC 541, property of this bankruptcy estate includes all property acquired after the filing of the bankruptcy petition, including earnings. Except as otherwise provided, the Debtor shall remain in possession of all property of the estate.

20. **EFFECT OF CONFIRMATION: ANY CREDITOR FAILING TO OBJECT TO CONFIRMATION OF THE PLAN IS DEEMED TO HAVE ACCEPTED THE PLAN. AN AGREED ORDER MAY BE ENTERED RESOLVING OBJECTIONS TO CONFIRMATION. ONCE CONFIRMED BY THE COURT, THIS PLAN BINDS THE DEBTOR AND EACH CREDITOR, WHETHER OR NOT THE CLAIM OF SUCH CREDITOR IS PROVIDED FOR BY THE PLAN, AND WHETHER OR NOT SUCH CREDITOR HAS ACCEPTED, REJECTED OR OBJECTED TO THE PLAN.** All property of the estate will vest in the debtor at discharge or dismissal of the case **or** will vest in the debtor at confirmation of the plan. (The plan must select one of the two options specified).

Confirmation of the plan shall be deemed a finding by the Bankruptcy Court that the Debtor has complied with all of the applicable sections of 11 USC 1322 and 1325 and that Debtors have fulfilled all of their pre confirmation obligations under 11 USC 521.

Dated: 8/19/08       Debtor: _____
                              Bryan William McAlpine

Dated: 8/19/08       Debtor: _____
                              Jessica Marie McAlpine

BRUCE, BRUCE & LEHMAN, L.L.C.

_____
ELIZABETH A. CARSON, #11356
P.O. Box 75037
Wichita, KS 67275-5037
(316) 264-8000
Attorney for Debtors

4