**SO ORDERED.**

**SIGNED this 16 day of September, 2008.**



_____
**ROBERT E. NUGENT**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

IN RE:   BRYAN WILLIAM MCALPINE
         JESSICA MARIE MCALPINE

Case No. 08-11644
Chapter 13

### AGREED ORDER RESOLVING OBJECTION TO CONFIRMATION OF THE PLAN

Comes now on the above entitled cause comes before the Court upon claimant's Objection to Confirmation of Plan and shows to the Court:

1. Claimant, Universal Mortgage Corporation filed a Proof of Claim on September 9, 2008. The total pre-petition arrearages included in the proof of claim were $2,620.20. Of this, $2,056.98 is made up of interest and escrow advances, and the remaining arrearage in the amount of $563.22 is the "non-interest" portion of the pre-petition arrearage.

2. That claimant, Universal Mortgage Corporation filed an Objection to Confirmation on September 10, 2008, 2008 stating that debtor's proposed plan did not provide for interest on a mortgage secured by real estate.

United States Bankruptcy Court
for the District of Kansas, Wichita Division
Bankruptcy No. 08-11644
(Debtors) Bryan William McAlpine and Jessica Marie McAlpine
(Claimant) Universal Mortgage Corporation
Chapter 13
Agreed Order Resolving Objection to Plan

3.  That the objection is hereby sustained, and claimant will be paid interest at the contract rate of 6.5 percent, on the itemized portion of the pre-petition arrearage of its Proof of Claim, specifically,

the principal portion in the amount of $319.02, late charges in the amount of $95.04, non-sufficient funds fees in the amount of $90.16, property inspections in the amount of $60.00, suspense balance in the amount of $(221.00), proof of claim fee in the amount of $85.00, and plan monitoring fee in the amount of $ 135.00, for a total amount of $563.22 of the arrearage claim; not to have interest paid on interest which consists of the remainder of the arrearage claim in the amount of $2,056.98.

IT IS SO ORDERED.

####

Approved by:

/s/ LINDA S. MOCK
LINDA S. MOCK, #14740
SHAPIRO & MOCK, LLP
Attorneys for Claimant
6310 Lamar - Ste. 240
Overland Park, KS 66202-4287
(913) 831-3000
Fax No. (913) 831-3320
Our File No. 08-100778/src

United States Bankruptcy Court
for the District of Kansas, Wichita Division
Bankruptcy No. 08-11644
(Debtors) Bryan William McAlpine and Jessica Marie McAlpine
(Claimant) Universal Mortgage Corporation
Chapter 13
Agreed Order Resolving Objection to Plan




/s/ Elizabeth A. Carson
Attorney for Debtors
3330 W. Douglas
PO Box 75037
Wichita, KS 67275



/s/Laurie B. Williams
Trustee
Laurie B. Williams
225 N. Market St.
Ste. 310
Wichita, KS 67202
(316)267-1791