0026-0W-EPID0W-00156739-221144

# United States Bankruptcy Court
FOR THE
District of Kansas

| | | | |
|---|---|---|---|
| IN RE: | BRYAN WILLIAM MCALPINE<br>JESSICA MARIE MCALPINE | DATE<br>12/18/2009 | CASE No. 08-11644-13<br>SS #1  XXX-XX-1596<br>SS #2  XXX-XX-0980 |

## NOTICE OF ADDITIONAL CLAIMS

NOTICE IS HEREBY GIVEN the claim listed below has been filed, and was not listed on the previous notice of claims filed herein.

| NAME AND ADDRESS OF CREDITOR | CLAIM # | CLASSIFICATION | AMOUNT |
|---|---|---|---|
| SUNTRUST BANK RICHMOND / ATTN SUPPORT SERVICES<br>P O BOX 85092 / RICHMOND, VA 23286 | 006 | Unsecured | 9,414.64 |

The trustee has examined the claim and classified it pursuant to the confirmed plan and Orders of the Court. The claim will be treated as stated unless an objection to the claim together with notice of hearing is filed with the Clerk of the Bankruptcy Court within 30 days.

s/ LAURIE B. WILLIAMS
LAURIE B. WILLIAMS, TRUSTEE
225 N. Market St, Suite 310
Wichita, KS  67202
(316) 267-1791

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Notice of Additional Claims was served, either electronically, or mailed by U.S. mail, first-class postage prepaid on     01/15/2010     to each of the following:

BRYAN WILLIAM MCALPINE
JESSICA MARIE MCALPINE
2813 N FOREST PARK
DERBY, KS 67037

ELIZABETH A CARSON
ATTORNEY AT LAW
P O BOX 75037
WICHITA, KS 67275

DATED:     01/15/2010

s/ LAURIE B. WILLIAMS
LAURIE B. WILLIAMS, TRUSTEE